```
                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                        ROME DIVISION
```

IN RE: JOSEPH ALFRED DURHAM AND   {   CHAPTER 13
       KRISTA RENEE DURHAM,       {
                                  {
       DEBTOR(S)                  {   CASE NO. R16-41345-PWB
                                  {
                                  {   JUDGE BONAPFEL

### SUPPLEMENTAL OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Chapter 13 budget reflects a $187.76 per month Chapter 13 expense, an expense amount that may be excessive and unnecessary for the maintenance or support of the Debtor(s) or Debtor(s)' dependents in a one percent (1%) composition Plan, in violation of 11 U.S.C. Section 1325(b)(2)(A).

2. The Debtor(s)' plan does not provide for payment of all of the Debtor(s)' disposable income to the Trustee for thirty-six (36) or more months as required by 11 U.S.C. Section 1325(b)(1)(B).

3. The Form 122C-2 appears to claim an incorrect amount for line items 16 and 25.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

```
                              _____/s/_____
                              Brandi L. Kirkland, Attorney
                              for Chapter 13   Trustee
                              GA Bar No. 423627
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com

R16-41345-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served

DEBTOR(S):

JOSEPH ALFRED DURHAM
2905 REBECCA CIRCLE
ROCKY FACE, GA 30740-8790

KRISTA RENEE DURHAM
2905 REBECCA CIRCLE
ROCKY FACE, GA 30740-8790

ATTORNEY FOR DEBTOR(S):

RICKMAN & ASSOCIATES, PC
SUITE 200
1755 NORTH BROWN ROAD
LAWRENCEVILLE, GA 30043

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 11th day of October 2016


_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13   Trustee
GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
(404) 525-1110
brandik@atlch13tt.com